IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRUCE J. SMITH,

    Plaintiff,

v.                                              Civil Action No. 3:10cv774

KROLL FACTUAL DATA, INC.,
et al.,

    Defendants.

## ORDER

Having reviewed the UNOPPOSED MOTION FOR CONTINUANCE OF TIME TO RESPOND TO COMPLAINT (Docket No. 5) filed by the defendants, and there being no objection by the plaintiff, it is hereby ORDERED that the UNOPPOSED MOTION FOR CONTINUANCE OF TIME TO RESPOND TO COMPLAINT (Docket No. 5) is granted.  It is further ORDERED that the defendants shall file their Answers and any other motions with respect to the Complaint by January 13, 2011.

    It is so ORDERED.

                                                      /s/          REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: December 1, 2010