UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| BRUCE J. SMITH, | ) | |
| PLAINTIFF, | ) ) ) | |
| v. | ) ) | Case No. 3:10cv774 (REP) |
| KROLL FACTUAL DATA, INC., et. al., | ) ) ) | |
| DEFENDANTS. | ) ) | |

CORRECTED[1]
UNOPPOSED MOTION FOR
CONTINUANCE OF TIME TO RESPOND TO COMPLAINT

Defendant CoreLogic SafeRent, Inc. ("CoreLogic"), by counsel, hereby moves this honorable Court for a continuance of the time for CoreLogic to respond to Plaintiff's Complaint up to and including January 13, 2011. In support thereof, Defendant CoreLogic states as follows:

1.  CoreLogic has just retained counsel and requires additional time to review and respond to the Complaint.

2.  CoreLogic's counsel has contacted Plaintiff's counsel who has consented to the requested continuance.

---

[1] The original motion inadvertently listed Benjamin S. Boyd as counsel for both CoreLogic SafeRent, Inc. and Kroll Factual Data, Inc. Mr. Boyd is counsel to only CoreLogic SafeRent, Inc.

3.	An Agreed Order is attached.

WHEREFORE, CoreLogic requests that the Corrected Unopposed Motion be granted, and that the time for CoreLogic to answer or otherwise respond to the Complaint be continued up to and including January 13, 2011.

Respectfully Submitted,

_____/s/_____
Benjamin S. Boyd (Virginia Bar # 28427)
DLA PIPER LLP (US)
500 8th Street, NW
Washington, DC   20004
Ph:	(202) 799-4502
Fax:	(202) 799-5000
Email:  benjamin.boyd@dlapiper.com

Attorney for Defendant CoreLogic SafeRent, Inc.

# UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| **BRUCE J. SMITH,** | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | Case No. 3:10cv774 (REP) |
| | ) | |
| **KROLL FACTUAL DATA, INC.,** | ) | |
|   **et. al.,** | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## AGREED ORDER

Upon consideration of the Corrected Unopposed Motion for Continuance of Time to Respond to the Complaint, the Motion is hereby GRANTED, and it is further

ORDERED that the time for CoreLogic to answer or otherwise respond to the Complaint is hereby continued up to and including January 13, 2011.

We agree to this.

| /s/ | /s/ |
|---|---|
| Leonard A. Bennett (Virginia Bar #37523) | Benjamin S. Boyd (Virginia Bar # 28427) |
| Consumer Litigation Associates, P.C. | DLA Piper LLP (US) |
| 12515 Warwick Boulevard, Suite 100 | 500 8th Street, NW |
| Newport News, VA  23606 | Washington, DC  20004 |
| Ph:     (757) 930-3660 | Ph:     (202) 799-4502 |
| Fax:    (757) 930-3662 | Fax:    (2020799-5000 |
| Email:  lenbennett@clalegal.com | Email:  benjamin.boyd@dlapiper.com |
| | |
| Counsel for Plaintiff Bruce J. Smith | Counsel for Defendant CoreLogic SafeRent, Inc. |

2

It is so Ordered.


Date: _____    _____
                                      United States District Judge

## **CERTIFICATE OF SERVICE**

I here by certify that a copy of the foregoing Corrected Unopposed Motion for Continuance of Time to Respond to Complaint and attached proposed Agreed Order was sent via electronic mail and first class United States mail, postage prepaid, this 2nd day of December, 2010, to the following:

> Leonard A. Bennett (Virginia Bar #37523)
> Consumer Litigation Associates, P.C.
> 12515 Warwick Boulevard, Suite 100
> Newport News, VA   23606
> Ph:     (757) 930-3660
> Fax:    (757) 930-3662
> Email:  lenbennett@clalegal.com
>
> Dale W. Pittman (Virginia Bar # 15673)
> The Law Office of Dale W. Pittman, P.C.
> 112-A W. Tabb Street
> Petersburg, VA   23803-3212
> Ph:     (804) 861-6000
> Fax:    (804) 861-3368
> Email:  dale@pittmanlawoffice.com

>                          /s/
> Benjamin S. Boyd (Virginia Bar # 28427)
> 500 8th Street, NW
> Washington, DC   20004
> Ph:     (202) 799-4502
> Fax:    (2020799-5000
> Email:  benjamin.boyd@dlapiper.com